# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| Voltage Pictures, Inc., | ) | Law No. 1:10-cv-00873-RMU |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **WITHDRAWAL OF MOTION TO** |
| DOES 1-5,000, | ) | **QUASH SUBPOENA** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

John Doe, by and through his attorneys Lane & Waterman LLP, respectfully moves to Withdraw his Motion to Quash, filed in the above captioned proceeding on November 3, 2010.

Dated:  November 18, 2010

Respectfully submitted,

LANE & WATERMAN LLP

By: _____

April A. Marshall  AT0009604
220 North Main St. Suite 600
Davenport, IA 52801
Telephone: (563) 324-3246
Facsimile: (563) 324-1616
E-Mail: amarshall@l-wlaw.com

ATTORNEY FOR JOHN DOE

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2010, I electronically filed the foregoing **Withdrawal of Motion to Quash Subpoena** with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

>Thomas Dunlap
>Nicholas Kurtz
>**Dunlap, Grubb & Weaver, PLLC**
>1200 G. Street, NW, Suite 800
>Washington, DC  20005
>Tel:  877-223-7212
>Fax:  866-874-5101

a copy of this **Withdrawal of Motion to Quash Subpoena** was mailed via U.S. Mail to the following interested party:

>Bruce Gluckman
>Deputy General Counsel
>**Mediacom Communications Corporation**
>100 Crystal Run Road
>Middletown, NY  10941
>Tel:  845-695-2650
>Fax:  845-695-2669

/s/ April A. Marshall

April A. Marshall